FILED
December 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, <br><br> Plaintiff, <br><br> v. <br><br> MULTIPLAN, INC, NATIONAL CONGRESS OF EMPLOYERS, INC, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY <br> Defendants. | EP-20-CV-00318-FM |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants MULTIPLAN, INC, NATIONAL CONGRESS OF EMPLOYERS, INC, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY have resolved their case. Plaintiff hereby requests the Court dismiss the case against MULTIPLAN, INC, NATIONAL CONGRESS OF EMPLOYERS, INC, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC, and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY with prejudice.

Dated December 20, 2021,     Respectfully Submitted,

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Dr
El Paso, Texas 79912
915-383-4604
Callier74@gmail.com

FILED
December 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Michael Trujillo
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MULTIPLAN, INC, NATIONAL CONGRESS OF EMPLOYERS, INC, HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY<br>　　　　　　Defendants. | EP-20-CV-00318-FM |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated December 20, 2021,　　　　Respectfully Submitted,

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Dr
El Paso, Texas 79912
915-383-4604
Callier74@gmail.com