**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-00318-FM** |
| | § | |
| **MULTIPLAN, INC.; NATIONAL CONGRESS OF EMPLOYERS, INC.; HEALTH PLAN INTERMEDIARIES HOLDINGS, LLC; and AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY,** | § § § § § § § | |
| | § | |
| **Defendants.** | § | |

**FINAL JUDGMENT**

Before the court is "Plaintiff's Motion to Dismiss with Prejudice" [ECF No. 48], filed December 21, 2021 by Brandon Callier ("Plaintiff"). Therein, Plaintiff requests the court dismiss the case against Multiplan, Inc.; National Congress of Employers, Inc.; Health Plan Intermediaries Holdings, LLC; and American Financial Security Life Insurance Company (collectively, "Defendants") with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The record reflects that none of the Defendants have filed an answer or a motion for summary judgment.

[1] "Plaintiff's Motion to Dismiss with Prejudice" 1, ECF No. 48, filed Dec. 21, 2021.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to close this case.

**SIGNED AND ENTERED** this 4 day of **January 2022.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE